WILLIAM E. SHORTEN, Appellant, v. ALBERT G. MILBANK and Others, Copartners, etc., and PHILIP M. PLANT and Others, Respondents.— Orders unanimously

affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of a copy of the order with notice of entry thereof, on payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [170 Misc. 905.]